FILED

DEC 26 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KARLA YEDID RAYGOZA COZAR, | No. 12-72729 |
| Petitioner, | Agency No. A098-467-396 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 17, 2013[**]

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Karla Yedid Raygoza Cozar, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's denial of her application for cancellation of removal. We

have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

agency's continuous physical presence determination, *Ibarra-Flores v. Gonzales,* 439 F.3d 614, 618 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Raygoza Cozar did not demonstrate the requisite ten years of continuous physical presence in the United States where there was inconsistent testimony related to her residential history from 1995 to 1998 and a lack of documentary evidence for that period. *See* 8 U.S.C. § 1229b(b)(1)(A). Contrary to Raygoza Cozar's contention, the agency was permitted to consider Raygoza Cozar's failure to supply evidence corroborating her testimony in the absence of an adverse credibility finding. *See* 8 U.S.C § 1229a(c)(4)(B).

In light of this disposition, we need not reach Raygoza Cozar's remaining contentions.

**PETITION FOR REVIEW DENIED.**